\

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN F. VOS, | CASE NO. 1:08-cv-00041-SMS PC |
| Plaintiff, | ORDER STRIKING SECOND AMENDED COMPLAINT FROM RECORD FOR LACK OF SIGNATURE, AND REQUIRING PLAINTIFF TO COMPLY WITH SCREENING ORDER WITHIN THIRTY DAYS |
| v. | |
| ANTHONY HEDGPETH, et al., | |
| Defendants. | (Docs. 10 and 11) |

Plaintiff Kevin F. Vos, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 9, 2008.  On February 2, 2011, Plaintiff filed a second amended complaint in compliance with the Court's screening order of January 11, 2011.  However, Plaintiff neglected to sign either page three of the form complaint or the handwritten attachment.

Unsigned documents cannot be considered by the Court, and Plaintiff's second amended complaint is HEREBY STRICKEN from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Plaintiff SHALL comply with the Court's screening order within **thirty (30) days** from the date of service of this order.


IT IS SO ORDERED.

**Dated:    February 11, 2011**              _____/s/ Sandra M. Snyder_____
                                            UNITED STATES MAGISTRATE JUDGE

1