# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN F. VOS,<br><br>           Plaintiff,<br><br>    v.<br><br>ANTHONY HEDGPETH, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:08-cv-00041-SKO PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br>(Doc. 10)<br><br>ORDER COUNTING DISMISSAL AS A STRIKE UNDER 28 U.S.C. § 1915(G) |

Plaintiff Kevin F. Vos, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 9, 2008. On January 11, 2011, the Court dismissed Plaintiff's amended complaint for failure to state any claims, and ordered Plaintiff to file a second amended complaint within thirty days. 28 U.S.C. § 1915A. On March 11, 2011, the Court granted Plaintiff's motion for a sixty-day extension of time to file a second amended complaint, but deadline has expired and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///
///
///
///
///
///

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

 Accordingly, pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted. This dismissal SHALL count as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:** **June 20, 2011**      /s/ Sheila K. Oberto
               UNITED STATES MAGISTRATE JUDGE